[No. 31553-6-I.    Division One.    June 28, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN P. STOVER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89-8-05912-8, Jack A. Richey, J. Pro Tem., entered July 22, 1992. *Reversed* by unpublished per curiam opinion.

[No. 29657-4-I.    Division One.    June 28, 1993.]

*In the Matter of the Welfare of*
MICHAEL MCCUSKER.

Appeal from a judgment of the Superior Court for King County, No. 82-7-01423-9, Carol A. Schapira, J., entered November 21, 1991. *Affirmed* by unpublished per curiam opinion.

[No. 30142-0-I.    Division One.    June 28, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JENNIFER MARIE BEACH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-8-03271-0, John M. Darrah, J., entered February 6, 1992. *Affirmed* by unpublished per curiam opinion.

[No. 27714-6-I.    Division One.    June 28, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. GREG R. DIXON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-03842-1, Robert E. Dixon, J., entered January 15, 1991. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Webster, C.J., and Agid, J.